HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
DEVEN DEARING

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEVEN DEARING,<br><br>Defendant. | Case No. 1:21-mj-00007 SKO<br><br>**STIPULATION TO CONTINUE DETENTION HEARING; AND ORDER** |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the detention hearing set for Wednesday, February 10, 2021, before the Honorable Sheila K. Oberto, be continued to Wednesday, February 17, 2021.

The parties have agreed to continue the detention hearing at the request of the defendant, who requests additional time in order to complete investigation, research, and arrange the remote appearance of a potential third party custodian. The parties agree that a February 17, 2021, hearing will allow sufficient time for defense counsel to complete preparation and arrange the appearance of any proposed third party custodians. Accordingly, the parties request a continuance to February 17, 2021.

/ / /

/ / /

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: February 9, 2021        */s/ Matthew Lemke*
                                MATTHEW LEMKE
                                Assistant Federal Defender
                                Attorney for Defendant
                                DEVEN DEARING


                                MCGREGOR SCOTT
                                United States Attorney

DATED: February 9, 2021        */s/ Joseph Barton*
                                JOSEPH BARTON
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

# O R D E R

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that the detention hearing set for February 10, 2021, be continued to February 17, 2021, at 2:00 p.m.

IT IS SO ORDERED.

Dated:   **February 9, 2021**              /s/ *Sheila K. Oberto*
                                           UNITED STATES MAGISTRATE JUDGE